AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LABORERS' PENSION FUND AND LABORERS'
WELFARE FUND OF THE HEALTH AND
WELFARE DEPARTMENT, ETC., ET AL.,

V.

THE ROMAN GROUP, INC., an Illinois
corporation, FRIENDSHIP JANITORIAL
SERVICES, INC., and RANDALL L. GIRTON, Ind.

CASE NUMBER: **07 C 7097**

ASSIGNED JUDGE:

**JUDGE MANNING**

DESIGNATED
MAGISTRATE JUDGE:

**MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Randall L. Girton
11028 W. 167th Place
Orland Park, IL  60547

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick T. Wallace, Jerrod Olszewski
Christina Krivanek, Amy N. Carollo, Charles Ingrassia
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

December 19, 2007
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND, ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>THE ROMAN GROUP, INC, ET AL<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**07 C 7097**<br><br><br>AFFIDAVIT OF SERVICE:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Dec 26, 2007**, at **5:47 PM**, I served the above described documents upon **RANDALL L. GIRTON** as shown below:

**ABODE SERVICE** was made by leaving copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein: **ANTHONY GIRTON / SON**.

Said service was effected at **11028 W. 167TH PL, ORLAND PARK, IL 60547**.

**DESCRIPTION:** Gender: **M** Race: **WHITE** Age: **20** Hgt: **5'10"** Wgt: **190** Hair: **BLACK** Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*(signature)*

Karen Crohan, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 27th day of December, 2007

*(signature)*

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
35559