**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LABORERS' PENSION FUND, et al.,** ) | |
| Plaintiffs, ) | **Case No.  07 C 7097** |
| v. ) | |
| ) | **Judge Manning** |
| **THE ROMAN GROUP, INC.,** an Illinois ) | |
| corporation, **FRIENDSHIP JANITORIAL** ) | |
| **SERVICES, INC.,** an Illinois corporation, and ) | |
| **RANDALL L. GIRTON,** individually, ) | |
| Defendants, ) | |

## NOTICE OF MOTION

To:    The Roman Group, Inc.
         and Friendship Janitorial Services, Inc.
         c/o William H. Wentz, Registered Agent
         184 Shuman Blvd., #250
         Naperville, IL  60563

         Randall L. Girton
         11028 W. 167th Place
         Orland Park, IL  60547

    PLEASE TAKE NOTICE that at 11:00 a.m. on Thursday, February 7, 2008, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Blanche M. Manning, Room 2125, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Order of Default Judgment in Sum Certain and to Compel an Audit, a copy of which is herewith served upon you.

January 30, 2008                                                                    Laborers Pension Fund, et al.

                                                                                         By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

    The undersigned certifies that on this 30th day of January 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                                                         /s/ Patrick T. Wallace