IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al.,<br>Plaintiffs,<br>v.<br>THE ROMAN GROUP, INC., an Illinois corporation, FRIENDSHIP JANITORIAL SERVICES, INC., an Illinois corporation, and RANDALL L. GIRTON, individually,<br>Defendants, | Case No. 07 C 7097<br><br>Judge Manning |

## ORDER

This matter, having come to be heard on Plaintiffs Motion for Entry of Default Judgment in Sum Certain and to Compel an Audit, due notice having been given, IT IS HEREBY ORDERED:

1. That Defendants The Roman Group, Inc., Friendship Janitorial Services, Inc. and Randall L. Girton are in default.

2. That Judgment in Sum Certain is entered in favor of the Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen and against Defendants The Roman Group, Inc. and Friendship Janitorial Services, Inc., on Counts I and II of Plaintiffs' Complaint in the amount of $95,240.01.

3.  Defendants The Roman Group, Inc. and Friendship Janitorial Services, Inc. are ordered to pay post judgment interest in all amounts due from the date of judgment until the judgment is satisfied.

4.  Defendants are ordered to obtain and maintain a surety bond in accordance with the terms of the Agreement.

5.  Defendants are ordered to submit and pay the Companies' current benefit and dues reports for the period of August 2007 forward and to submit the Companies' books and records to an audit for the period of January 1, 2008 forward.

ENTER:

*Blanche M. Manning*
The Honorable Blanche M. Manning
United States District Court Judge

Dated: February 21, 2008