IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ROMAN GROUP, INC., an Illinois )<br>corporation, FRIENDSHIP JANITORIAL )<br>SERVICES, INC., an Illinois corporation, and )<br>RANDALL L. GIRTON, individually, )<br>)<br>Defendants. ) | Case No. 07 C 7097<br><br>Judge MANNING |

## NOTICE OF MOTION

TO:   The Roman Group, Inc.              Randall L. Girton
      and Friendship Janitorial Services, Inc.   11028 W. 167th Place
      c/o William H. Wentz, Registered Agent   Orland Park, IL  60547
      184 Shuman Blvd., #250
      Naperville, IL  60563

   PLEASE TAKE NOTICE that at **11:00 a.m. on Tuesday, March 4, 2008**, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Blanche M. Manning, Room 2125, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Plaintiffs' Motion to Reconsider Rule 54(B) Certification**, a copy of which is herewith served upon you.

February 26, 2008                             Laborers Pension Fund, et al.

                                              By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

   The undersigned certifies that on this 26th day of January he served this notice to the above addressee(s) via U.S. Mail.

                                              /s/ Charles Ingrassia