IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 07 C 7097 |
| v. ) | |
| ) | Judge MANNING |
| THE ROMAN GROUP, INC., an Illinois ) | |
| corporation, FRIENDSHIP JANITORIAL ) | |
| SERVICES, INC., an Illinois corporation, and ) | |
| RANDALL L. GIRTON, individually, ) | |
| ) | |
| Defendants. | |

**NOTICE OF FILING**

TO:  The Roman Group, Inc.                          Randall L. Girton
     and Friendship Janitorial Services, Inc.      11028 W. 167th Place
     c/o William H. Wentz, Registered Agent         Orland Park, IL 60547
     184 Shuman Blvd., #250
     Naperville, IL 60563

PLEASE TAKE NOTICE that on this 26th day of February 2008 the undersigned filed with the Clerk of Court the **Plaintiff's Memorandum in Support of Motion to Reconsider Rule 54(B) Certification,** a copy of which is herewith served upon you.

February 26, 2008                                    Laborers Pension Fund, et al.


                                                     By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

**PROOF OF SERVICE**

The undersigned certifies that on this 26th day of February 2008 he served this notice to the above individual U.S. Mail.

                                                     /s/ Charles Ingrassia