# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7097 | **DATE** | 4/11/2008 |
| **CASE TITLE** | Laborers' PenFd, et al. Vs. The Roman Group, Inc., et al. | | |

**DOCKET ENTRY TEXT**

The Funds' motion to reconsider [#16] is granted as the court finds the arguments outlined in the Funds' memorandum to be persuasive. The court thus finds that there is no just reason for delay and hereby enters judgment pursuant to Rule 54(b) in favor of the Funds and against defendants the Roman Group, Friendship Services, and Randall Girton jointly and severally, on Counts I and II in the amount of $95,240.01. The court further clarifies the docket by noting that this case remains open, as the court has not resolved all claims as to all parties given that the Fund is currently conducting an audit and contends that the defendants owe it additional monies. A status hearing is set for May 13, 2008, at 11:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|