## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7097 | **DATE** | 4/22/2008 |
| **CASE TITLE** | Laborers' Pension Fund, et al. Vs. The Roman Group, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to minute order of 4/11/2008 entering judgment against defendants The Roman Group, Friendship Services, and Randall Girton, Enter the attached Order nunc pro tunc to 4/11/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|