UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL** | COURT DATE: 6/5/2008 |
| PLAINTIFF(S) | Case No. 07 C 7097 |
| vs. | |
| **THE ROMAN GROUP, INC., FRIENDSHIP JANITORIAL SERVICES, INC., AND RANDALL L. GIRTON** | SERVICE DOCUMENTS: **CITATION TO DISCOVER ASSETS** |
| DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 06, 2008**, at **2:03 PM**, I served the above described documents upon **FRIENDSHIP JANITORIAL SERVICES, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **WILLIAM H WENTZ / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **184 SHUMAN BLVD. #250, NAPERVILLE, IL 60563.**

**DESCRIPTION:**  Gender: **M**   Race: **WHITE**   Age: **55**   Hgt: **5'8"**   Wgt: **200**   Hair: **BALD**   Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

_____

**Robert D Fairbanks, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 6th day of May, 2008

Joan C. Harenberg

```
OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09
```

_____
NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME: Laborers Pension and Welfare Funds* FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING # 38427 |