IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ROMAN GROUP, INC., an Illinois )<br>corporation, FRIENDSHIP JANITORIAL )<br>SERVICES, INC., an Illinois corporation, and )<br>RANDALL L. GIRTON, individually, )<br>)<br>Defendants. ) | Case No.  07 C 7097<br><br>Judge MANNING |

### NOTICE OF MOTION

TO:   The Roman Group, Inc.                          Randall L. Girton
      and Friendship Janitorial Services, Inc.      11028 W. 167th Place
      c/o William H. Wentz, Registered Agent        Orland Park, IL  60547
      184 Shuman Blvd., #250
      Naperville, IL  60563

PLEASE TAKE NOTICE that at **11:00 a.m. on Thursday, May 22, 2008**, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Blanche M. Manning, Room 2125, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Plaintiffs' Motion for Rule to Show Cause**, a copy of which is herewith served upon you.

May 15, 2008                                         Laborers Pension Fund, et al.

                                                     By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

### PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 15th day of May 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                     /s/ Patrick T. Wallace