Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7097 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Smith vs. The Roman Group, Inc., et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for rule to show cause [28] is granted. Order Rule to Show Cause as to The Roman Group, Inc, Friendship Janitorial Services, Inc., by and through Randall L. Girton and Randall L. Girton, individually, returnable on 6/26/2008 at 11:00 a.m. and show cause why they should not be held in contempt for failure to comply with this court's 4/11/2008 order. Enter Order - Rule to Show Cause.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | rs |
|---|---|---|