**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, et al.,** | ) | |
| Plaintiffs, | ) | **Case No.  07 C 7097** |
| v. | ) | |
| | ) | **Judge Manning** |
| **THE ROMAN GROUP, INC., an Illinois** | ) | |
| **corporation, FRIENDSHIP JANITORIAL** | ) | |
| **SERVICES, INC., an Illinois corporation, and** | ) | |
| **RANDALL L. GIRTON, individually,** | ) | |
| Defendants, | ) | |

## ORDER  - RULE TO SHOW CAUSE

This matter, having come to be heard on Plaintiffs' Motion for Rule to Show Cause, due notice having been given, IT IS HEREBY ORDERED:

1.   This Court preliminarily finds that Defendants The Roman Group, Inc. and Friendship Janitorial Services, Inc. have failed to comply with Citations to Discover Assets issued on May 5, 2008 and returnable to the office of Plaintiffs' counsel on June 5, 2008.

WHEREFORE, IT IS HEREBY ORDERED that The Roman Group, Inc. and Friendship Janitorial Services, Inc., by and through Randall L. Girton, shall appear before this Court on _____ 2008, at _____ a. m., to show cause, if any, why they should not be adjudged guilty of and punished for contempt of Court for their failure to comply with Citations to Discover Assets issued on May 5, 2008  and for other relief as may be just and appropriate including payment of Plaintiffs' legal fees and costs incurred in connection with their Motion.

ENTER:

_____
The Honorable Blanche M. Manning
United States District Court Judge

Dated:_____