IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 07 C 7097 |
| v. | ) |
| | ) Judge MANNING |
| THE ROMAN GROUP, INC., an Illinois corporation, FRIENDSHIP JANITORIAL SERVICES, INC., an Illinois corporation, and RANDALL L. GIRTON, individually, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:  The Roman Group, Inc.                               Randall L. Girton
     and Friendship Janitorial Services, Inc.           11028 W. 167th Place
     c/o William H. Wentz, Registered Agent             Orland Park, IL  60547
     184 Shuman Blvd., #250
     Naperville, IL  60563

PLEASE TAKE NOTICE that at **11:00 a.m. on Thursday, June 12, 2008**, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Blanche M. Manning, Room 2125, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Plaintiffs' Motion for Rule to Show Cause**, a copy of which is herewith served upon you.

June 5, 2008                                             Laborers Pension Fund, et al.

                                                         By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 5th day of June 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                         /s/ Patrick T. Wallace