UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND, ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>THE ROMAN GROUP, INC., ET AL<br><br>DEFENDANT(S) | COURT DATE: 6/26/2008<br><br>Case No.<br>07 C 7097<br><br>SERVICE DOCUMENTS:<br>ORDER-RULE TO SHOW CAUSE |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 17, 2008**, at **8:14 PM**, I served the above described documents upon **RANDALL L. GIRTON, IND. AND FOR THE ROMAN GROUP, INC. AND FRIENDSHIP JANITORIAL SERVICES, INC.** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **RANDALL GIRTON**.

Said service was effected at **11028 W. 167TH PL, ORLAND PARK, IL 60547**.

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **55**  Hgt: **5'10"**  Wgt: **200**  Hair: **BLACK/GRAY**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Karen Crohan, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 18th day of June, 2008

*[signature]* Joan C. Harenberg

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| CLIENT NAME:<br>Laborers Pension and Welfare Funds*<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>38854 |
|---|---|---|