**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Laborers' Pension Fund, et al.
        Plaintiff,

v.                Case No.: 1:07−cv−07097
                 Honorable Blanche M. Manning

The Roman Group, Inc., et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

  MINUTE entry before the Honorable Blanche M. Manning: Motion hearing held on 6/12/2008. Plaintiffs' motion for RULE to show cause[34] is granted. Order Rule to Show Cause as to The Roman Group, Inc. Friendship Janitorial Services, Inc., by and through Randall L. Girton, returnable on 6/26/2008 at 11:00 AM. and show cause why they should not be held in contempt for failure to comply with Citations to Discover Assets issued on May 5, 2008. Enter Order − Rule to Show Cause.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.