UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LABORERS' PENSION FUND, ET AL

PLAINTIFF(S)

vs.

THE ROMAN GROUP, INC., ET AL

DEFENDANT(S)

COURT DATE: 6/26/2008

Case No.
07 C 7097

SERVICE DOCUMENTS:
ORDER-RULE TO SHOW CAUSE DATED JUNE, 12, 2008

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 18, 2008**, at **8:06 PM**, I served the above described documents upon **RANDALL L. GIRTON, IND. AND FOR THE ROMAN GROUP, INC. AND FRIENDSHIP JANITORIAL SERVICES, INC.** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **RANDALL GIRTON.**

Said service was effected at **11028 W. 167TH PL, ORLAND PARK, IL 60547.**

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **55**  Hgt: **5'10"**  Wgt: **200**  Hair: **BLACK/GRAY**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_Karen Crohan_

**Karen Crohan, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 19th day of June, 2008

_Joan C. Harenberg_

NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
**Laborers Pension and Welfare Funds***
**FILE #:**

ORIGINAL PROOF OF SERVICE

TRACKING #
39255