Order Form (01/2005) 

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7097 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Smith vs. The Roman Group, Inc., et al | | |

DOCKET ENTRY TEXT

Rule to show cause hearing held. Order Rule to Show Cause as to The Roman Group, Inc, Friendship Janitorial Services, Inc., by and through Randall L. Girton, returnable on 7/10/2008 at 11:00 a.m. and show cause why they should not be adjudged guilty of and punished for contempt for failure to comply with citations to discover assets issued on 5/5/2008. Enter Order - Rule to Show Cause.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | rs |
|---|---|---|

FILED-EOD
2008 JUL -3 AM 8:31
CLERK, U.S. DISTRICT COURT