# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7097 | **DATE** | 8/21/2008 |
| **CASE TITLE** | Laborers PenFd, et al vs. The Roman Group, Inc., et al | | |

**DOCKET ENTRY TEXT**

Rule to show cause hearing called on 8/21/2008. The parties were not available. Rule to show cause hearing continued to 9/11/2008 at 11:00 a.m. Plaintiffs' oral motion to dismiss Mr. Randall L. Girton as a defendant, without prejudice and with leave to reinstate after his bankruptcy proceedings, if necessary, is granted. The Clerk is directed to terminated Mr. Randall L. Girton as a defendant at this time.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SB |
|---|---|---|